# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HANNAH JOY BETHELL,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-00502-SAB

ORDER RE: STIPULATION FOR EXTENSION OF TIME

(ECF No. 12)

On July 9, 2025, a stipulation was filed requesting a sixty day extension of time from July 25, 2025 to September 23, 2025 for Plaintiff to file her opening brief.  (ECF No. 12.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.    Plaintiff shall file her opening brief on or before **September 23, 2025**; and

2.    All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **July 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge