# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH JOY BETHELL, | Case No. 1:25-cv-00502-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| v. | (ECF No. 17) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On October 20, 2025, a stipulation was filed requesting a thirty (30) day extension from October 23, 2025 to November 24, 2025 for Defendant to respond to Plaintiff's motion for summary judgment.  (ECF No. 17.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.    Defendant shall file its response to Plaintiff's motion for summary judgment **on or before November 24, 2025**; and

2.    All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **October 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge